# EXHIBIT 1

# Dan-Bunkering

M/V SWIBER ADA and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Ranger Offshore, Inc.
10370 Richmond Avenue
Suite 1000
Houston, TX 77042
United States

| | |
|---|---:|
| Invoice No.: | 61273 |
| Date: | 09/19/18 |
| Customer No.: | 200337 |
| Order No.: | 65098 |
| Our ref.: | WCL/MAZ |
| Page: | 1 |

**M/V SWIBER ADA  delivered at Kingston- Jamaica 09/11/18**

# INVOICE

| Description | Quantity | Unit | Unit Price   USD | Total USD |
|---|---|---|---|---|
| MGO 0.10% | 479.3377 | Cbm. | 847.00 | 405,999.01 |

**Total USD Excl. VAT**                                                                              **405,999.01**
VAT %        0.00                                                                                                 0.00

Total                                                                                                                        405,999.01
**Value on our account on 11/10/18 at the latest.**

Please transfer all payments to:

**Nordea Finland, NY Branch**
1211 Avenue of the Americas, 23rd floor   S.W.I.F.T.: NDEAUS3N
10036 New York

Account No. 4017293001
ABA:         026010786
Reference   61273

For payment later than 11/10/18, an interest of 1.5% per month will be charged.

www.dan-bunkering.com

Dan-Bunkering (America) Inc.
840 Gessner, Suite 210
Houston, TX 77024, USA

P +1 281 833 5801
F +1 281 833 5802

houston@dan-bunkering.com
EIN no. 45-4543278