# EXHIBIT 2

# JB TERMINAL (PORT ESQUIVEL) LIMITED

## BILL OF LADING NO. 18/0075

LOAD PORT: PORT ESQUIVEL

DISCHARGE PORT:

Shipped in apparent good order and condition

On board the   Swiber ada

Petroleum Products in Bulk @ 60°F and Exact Quantities

| Product Type | Barrels | 42 U.S Gals | Long Tons | Metric Tons |
|---|---|---|---|---|
| ULTRA LOW SULFUR DIESE | 1,919,04 | 80,600 | 253,151 | 257,151 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

To be delivered at the port, or so near thereto as the vessel can safely get, always afloat, unto THE ORDER OF JB TERMINAL

Or order on payment freight at the rate of ———— FRIEGHT PAYABLE AS PER CHARTER PARTY

This shipment is carried under and pursuant to the terms of the chapter dated ———— AS PER CHARTER PARTY

And ———— AS PER CHARTER PARTY ———— Between ———— AS PER CHARTER PARTY

Charterer, and all terms whatsoever of the said chapter except the rate and payment of freight specified therein apply to and govern the rights of the parties concerned in the shipment

In witness whereof the master has signed  THREE (3) ORIGINAL ———— Bills of Lading of this tenor and date  of which being accomplished the others will be void. ————

Dated  AT PORT ESQUIVEL PORT ESQUIVEL
LIMITED  this  11TH ———— day of ———— SEPTEMBER 2018

————
MASTER

———— Shipper Representative

————— Master

**B/R SWIBER ADA**
**SEYBAPLAYA**

NO.OFFICIAL      0402119N12-4
NO.IMO:          9620194
NO.DE LLAMADA:   XCAM7
ARQUEO BRUTO:    1857 T
ARQUEO NETO:     401 T