United States District Court
Southern District of Texas
**ENTERED**
April 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC., § § Plaintiff, § VS. § SWIBER OFFSHORE MEXICO, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-0321 |

## ENTRY OF DEFAULT

Plaintiff Dan Bunkering (America) Inc. requested that default be entered against Defendant Ranger Offshore, Inc. From the record and the Court's file in this action, Defendant Ranger Offshore, Inc. has failed to appear, plead, or otherwise defend this action.

Thus, pursuant to Fed. R. Civ. P. 55(a)(1), default is entered against Defendant Ranger Offshore, Inc. only. This Entry of Default does not affect any other Defendants.

Dated on this the 17th day of April, 2020.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS

By: _____
Deputy Clerk§