# EXHIBIT 2

Case 4:20-cv-00321 Document 17-3 Filed on 06/10/20 in TXSD Page 2 of 3
Case 4:20-cv-00321 Document 13-1 Filed on 03/16/20 in TXSD Page 15 of 36
Case 4:20-cv-00321 Document 4 Filed on 02/10/20 in TXSD Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas ▼

DAN BUNKERING (AMERICA) INC.

*Plaintiff(s)*

v.

SWIBER OFFSHORE MEXICO, RANGER OFFSHORE, INC., IN PERSONAM AND M/V SWIBER ADA IN REM

*Defendant(s)*

Civil Action No. 4:20-CV-00321

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RANGER OFFSHORE, INC.
10370 RICHMOND AVE
HOUSTON, TX 77042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PETER A. MCLAUCHLAN
FOLEY & LARDNER LLP
1000 LOUISIANA, STE 2000
HOUSTON, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: February 10, 2020

*David J. Bradley, Clerk of Court*

s/ Ruth Guerrero
*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

State of Texas      County of Southern District Of Texas      United States District Court

Case Number: 4:20-CV-00321

Plaintiff:
**Dan Bunkering (America) Inc.**

vs.

Defendant:
**Swiber Offshore Mexico, et al**

Received these papers on the 27th day of February, 2020 at 1:30 pm to be served on **Ranger Offshore, Inc. by serving its registered agent, CT Corporation, 1999 Bryan Street, Ste 900, Dallas, TX 75201.**

I, Carlos Barrera, do hereby affirm that on the **28th day of February, 2020** at **12:30 pm, I:**

Delivered to: **Ranger Offshore, Inc. by serving its registered agent, CT Corporation**, accepted by **Teri Thongsavat, Authorized**, a true copy of the **Summons In A Civil Action with Verified Complaint and Civil Cover Sheet**, with the date and hour of delivery endorsed thereon, at the address of **1999 Bryan Street, Suite 900, Dallas, Texas 75201** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified under order of the Supreme Court of Texas to deliver citations and other notices.

**IN ACCORDANCE WITH RULE 107:**

UNDER PENALTY OF PERJURY: My name is Carlos Barrera, my date of birth is July 14, 1958 and my address is 3300 Ivy Drive, Mesquite, TX 75150, USA.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in Dallas County, State of Texas, on the __28__ day of February, 2020.

**Carlos Barrera**
PSC5305 Exp:6/30/20

Our Job Serial Number: CBR-2020000166

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c