UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA) INC. | § § § | |
| Plaintiff, | § § § § | |
| V. | § § § | CIVIL ACTION NO.: 4:20-cv-00321<br>IN ADMIRALTY, Rule 9(h)(C) |
| SWIBER MARINE MEXICO, S.A. DE C.V., RANGER OFFSHORE, INC., *IN PERSONAM* AND M/V SWIBER ADA *IN REM* | § § § § § § | |
| Defendants. | § | |

### DAN BUNKERING (AMERICA) INC.'S SUPPLEMENT TO ITS MOTION FOR DEFAULT JUDGMENT

Pursuant to this court order [Doc. 18] of July 3, 2020, Dan Bunkering (America) Inc., files this Supplement to its Motion for Default Judgment to amend the Declaration of Anacarolina Estaba to its Motion for Default Judgment [Doc. 17] with supportive information on number of hours worked, and rate change in this case, attached hereto as "Exhibit 4".

WHEREFORE, Dan Bunkering (America) Inc. requests that this court award its attorneys' fees in the amount of $133,979.67, and such other relief to which Dan Bunkering (America) Inc. may be entitled at law or equity.

Respectfully submitted,

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**

By: */s/ Anacarolina Estaba*
Peter A. McLauchlan
State Bar No. 13740900
Federal Bar No. 6370
pmclauchlan@foley.com

> Anacarolina Estaba
> State Bar No. 24085298
> Federal Bar No. 964979
> aestaba@foley.com
> 1000 Louisiana, Suite 2000
> Houston, Texas 77002-2099
> Telephone: (713) 276-5500
> Facsimile:  (713) 276-5555
>
> ***ATTORNEYS FOR PLAINTIFF,***
> ***DAN BUNKERING (AMERICA) INC.***

## CERTIFICATE OF SERVICE

I certify that on July 9, 2020 a copy of the forgoing was electronically filed on the CM/ECF system.

> /s/ Anacarolina Estaba
> Anacarolina Estaba