United States District Court
Southern District of Texas
**ENTERED**
January 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC., § § Plaintiff, § § VS. § SWIBER OFFSHORE MEXICO, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-00321 |

## ORDER

Plaintiff Dan Bunkering (America) Inc. has filed a Notice of Voluntary Dismissal Without Prejudice as to Defendant Ranger Offshore, Inc. ("Ranger"). (Doc. 34.) In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Ranger are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on January 25, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE