UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.: 4:20-cv-00321 |
| § | IN ADMIRALTY, Rule 9(h)(C) |
| SWIBER MARINE MEXICO, et al., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING
MOTION FOR COURT-ORDERED ALTERNATIVE
SERVICE ON SWIBER MARINE MEXICO
PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Upon considering the motion of Plaintiff Dan Bunkering (America) Inc. pursuant to Fed. R. Civ. P. 4(f)(3) for this Court to order alternative service on defendant Swiber Marine de Mexico S.A. de C.V. ("Swiber Marine Mexico") by its U.S. counsel in Houston, Francis (Frank) Spagnoletti, and any briefing and argument hereto, this Court hereby

GRANTS the motion, and ORDERS that Plaintiff Dan Bunkering (America) Inc. may, pursuant to Fed. R. Civ. P. 4(f)(3), complete service on defendant Swiber Marine Mexico by serving the summons issued to Swiber Marine Mexico and complaint on the U.S. counsel for Swiber Marine Mexico, Francis (Frank) Spagnoletti, who is a member of the Bar of this Court and has an office in this District.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on February 8, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE