United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. § <br> § <br> *Plaintiff*, § <br> § <br> vs. § <br> § <br> § Civil Action No. 4:20-CV-00321 <br> SWIBER MARINE MEXICO, S.A. DE C.V., § IN ADMIRALTY <br> RANGER OFFSHORE, INC. IN § <br> PERSONAM AND M/V SWIBER ADA IN § <br> REM § <br> *Defendants*. § <br> § <br> § | |

## SCHEDULING/DOCKETING CONTROL ORDER Anticipated

Length of Trial: __1__ Days Jury: _____ NonJury: __x__

1. (a) **NEW PARTIES** shall be joined by:      04/29/22
    The Attorney causing the addition of new
    parties will provide copies of this Order to new
    parties.
    (b) **AMENDMENT to PLEADINGS**
    by Plaintiff or CounterPlaintiff
    shall be filed
    by:      04/29/22

2. EXPERT WITNESSES for the PLAINTIFF will be
identified by a report listing the qualifications of
each expert, each opinion that the expert will
present, and the basis for it. DUE DATE:      09/30/22

3. EXPERT WITNESSES for the DEFENDANT will
be identified by a report listing the qualifications of
each expert, each opinion that the expert will
present, and the basis for it. DUE DATE:      10/31/22

4. DISCOVERY must be completed by:      12/12/22
    Written discovery requests are not timely if they are
    filed so close to this deadline that the recipient
    would not be required under the Federal Rules of

Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NONDISPOSITIVE MOTIONS
(except motions *in limine*) will be filed by:   12/19/22
(Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:   03/13/23
(The Court will fill in this date)   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.   03/20/23
(15 Months from the date case filed)

_____3/16/22_____   _____
Date   Keith P. Ellison
United States District Judge

_____3/16/2022_____   */s/ Edward P. Keenan*_____
Date   Marcus R. Spagnoletti
TX SBN 24076708
mspagnoletti@spaglaw.com
Eric J. Rhine
TX SBN 24060485
erhine@spaglaw.com
Edward P. Keenan
TX SBN 24074405
ekeenan@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:   713.653.5600
Facsimile:   713.653.5656

Attorneys for Defendant
Swiber Marine de Mexico S.A. de C.V.

| | |
|---|---|
| \_\_\_\_3/16/2022_____<br>Date | */s/ J. Stephen Simms*<br>J Stephen Simms<br>Simms Showers LLP<br>201 International Circle<br>Ste 230<br>Baltimore, MD 21030<br>United States<br>443-29-8704783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com<br><br>Attorneys for Plaintiff<br>Dan Bunkering (America), Inc. |