United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DAN BUNKERING (AMERICA) INC.        §
                                    §
         *Plaintiff*,               §
                                    §
vs.                                 §
                                    §
                                    §     Civil Action No. 4:20-CV-00321
SWIBER MARINE MEXICO, S.A. DE C.V., §              IN ADMIRALTY
RANGER OFFSHORE, INC. IN            §
PERSONAM AND M/V SWIBER ADA IN      §
REM                                 §
         *Defendants*.              §
                                    §
                                    §

## ORDER

The Court has reviewed Defendant Swiber Offshore Mexico, S.A. de C.V.'s Unopposed Motion to Extend Time to File Responsive Pleadings to Plaintiff's Second Amended Complaint. (Doc. 56.) For the reasons stated in the motion, it is hereby **GRANTED**. Accordingly, Defendant Swiber Offshore Mexico, S.A. de C.V.'s responsive pleading deadline is extended to July 1, 2022.

**IT IS SO ORDERED.**

Signed on the 7th day of June, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE